JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY BENNETT,<br><br>Petitioner,<br><br>v.<br><br>M.J. MILUSNIC, Warden,<br><br>Respondent. | Case No. 2:19-cv-04983-FMO-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice to Petitioner seeking permission from the United States Court of Appeals for the Ninth Circuit to file a second or successive motion pursuant to 28 U.S.C. § 2255.

DATED: October 25, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE